```
_____ FILED _____ LODGED
        _____ RECEIVED
            Jul 25, 2024
     CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY
```

Judge Paul L. McCandlis

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JUSTIN CARNES; and<br><br>DEREK BERRY<br><br>Defendants. | NO. MJ24-5092<br><br>AGREED REVISED ORDER EXTENDING TIME FOR GRAND JURY INDICTMENT FOR DEREK BERRY AND JUSTIN CARNES |

The Court, having considered the Unopposed Motion to Extend Time to File the Indictment Under Speedy Trial Act finds that:

1. Mr. Berry and Mr. Carnes are charged by Complaint with Conspiracy to Manufacture and Distribute Controlled Substances, in Violation of 21 U.S.C. §§ 841(b)(1)(A).

2. Mr. Barry made his initial court appearance on March 29, 2024. Mr. Carnes made his initial appearance on April 5, 2024.

3. The defense asserts that it is diligently investigating their clients' prior records and the circumstances surrounding the situation at the time of the alleged offense. Defense counsel does not believe that this investigation and examination will be

Order Granting Unopposed Motion to
Extend Time to File Indictment - 1
*United States v. Carnes et al MJ24-5092*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

completed by the expiration of the time to obtain an indictment. The defense further believes that the result of this investigation will be essential to preparing the defense and may facilitate a resolution of this matter.

4. Defense counsel for both defendants are jointly seeking an order continuing the time within which an Indictment must be filed on the grounds that the "ends of justice served by taking such action outweigh the best interests of the public and the defendant in a speedy trial," as permitted by 18 U.S.C. §§ 3161(h)(7)(A), (B)(i) and (B)(iv). The requested new deadline would be November 29, 2024.

5. Both Mr. Berry and Mr. Carnes executed Waivers of Speedy Indictment waiving their rights under the Sixth Amendment and the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, and have further agreed that the period of time from the filing of their motion November 29, 2024, shall be an excludable period of time under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A).

6. The Government, represented by Assistant United States Attorneys Zachary W. Dillon and Max Shiner, does not object to this request for Extension of the indictment deadline.

7. In light of the foregoing, IT IS ORDERED that the time to file an Indictment be continued to **November 29, 2024.** The period of delay resulting from this continuance from the date of the filing of this motion through November 29, 2024, is excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)

IT IS ORDERED this 25th day of July, 2024 (Nunc Pro Tunc to July 24, 2024)

PAUL L. McCANDLIS
UNITED STATES MAGISTRATE JUDGE

Order Granting Unopposed Motion to
Extend Time to File Indictment - 2
United States v. Carnes et al MJ24-5092

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970